STEPHANIE HINDS (CSBN 154284)
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARGARET LEHRKIND (CSBN 314717)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4829
    Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| A.Z.,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:22-cv-04102-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED, by and between Angelena Zahner (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 30 days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is December 16, 2022.  The new due date will be January 15, 2023.  Plaintiff may serve and file a reply to Defendant's opposition by January 29, 2023.

    Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by illness and her briefing schedule.  Defendant's counsel was out of the office due to illness from November 2, 2022 through

Stip. & Order for Ext; 4:22-cv-04102-HSG    1

November 10, 2022, and fell behind on her briefing. She has sixty-seven other active cases in various stages of litigation, and 14 responsive briefs due in the next 30 days, including one Ninth Circuit answering brief. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

WHEREFORE, Defendant requests until January 15, 2023, to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment

Respectfully submitted,

Dated: November 30, 2022     By: /s/ Drew Thomson Tillman
                             DREW THOMSON TILLMAN
                             Attorney for Plaintiff

Dated:  November 30, 2022    STEPHANIE HINDS (CSBN 154284)
                             United States Attorney

                             By: /s/Margaret Lehrkind
                             MARGARET LEHRKIND
                             Special Assistant United States Attorney

                             Attorneys for Defendant

IT IS SO ORDERED:

THE HONORABLE HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DATE:  12/9/2022

Stip. & Order for Ext.; 4:22-cv-04102-HSG